UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANA OJANUGA,**

       **Plaintiff,**

v.                                             **Case No: 6:15-cv-702-Orl-41DAB**

**DIGITAL RISK, LLC, DIGITAL RISK MORTGAGE SERVICES, LLC and SCREENING ANALYTICS, LLC,**

       **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court on the Joint Motion for Approval of Fair Labor Standards Act Settlement (Doc. 10). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 11), recommending that the motion be granted, and the Parties filed a Notice of No Objection to the R&R (Doc. 12).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the R&R. However, the Court notes that the general release of claims set forth in paragraphs four and five of the Settlement Agreement (Doc. 10-1) are somewhat ambiguous. The releases provide that the parties release all claims they "may have had, may now have or may have in the future, both known and unknown" against the releasees "from the beginning of the world to the date of this Settlement Agreement." (*Id.* ¶¶ 4–5). The ambiguity arises because the first part of the sentence indicates that the party is releasing all future claims, but the latter part of the sentence indicates that the release is limited to claims, the basis of which occurred prior to the date of the Settlement Agreement. In approving the Settlement

Agreement, the Court construes the release language to mean all claims, the basis of which occurred prior to the date of the Settlement Agreement.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 10) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record